**No. 54416.**—Amdu Trading Corp. et al. *v.* United States, protests 149074–K, etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JUNE 20, 1950

**No. 54417.**—Amtorg Trading Co. et al. *v.* United States, protests 149015–K, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 54418.**—Emil Langer & Co., Inc. *v.* United States, protest 154042–K (B) (New York).

Opinion by LAWRENCE, J. The protest was dismissed.